1  **LEILA W. MORGAN**
California Bar No. 232874
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California  92101-5008
Telephone:  (619) 234-8467
4  Facsimile: (619) 687-2666
Leila_Morgan@fd.org

6  Attorneys for Defendant

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

10  **(HONORABLE LEO S. PAPAS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  08MJ0841 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| LEONEL DOMINGUEZ-VALENCIA, | |
| Defendant. | |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Leila W. Morgan and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

Respectfully submitted,

Dated:  March 19, 2008         /s/   *Leila W. Morgan*
**LEILA W. MORGAN**
Federal Defenders of San Diego, Inc.
Leila_Morgan@fd.org
Attorneys for Defendant

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED: March 19, 2008            */s/ Leila W. Morgan*
                                 **LEILA W. MORGAN**
                                 Federal Defenders of San Diego, Inc.
                                 Leila_Morgan@fd.org