**FILED**
MAY 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY JM   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LEONEL DOMINGUEZ-VALENCIA,<br><br>  Defendant. | Criminal Case No. 08CR1108-JM<br><br>Superceding<br>**I N F O R M A T I O N**<br><br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Misdemeanor);<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony);<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about June 3, 1995, within the Southern District of California, defendant LEONEL DOMINGUEZ-VALENCIA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

JDM:mg:San Diego
3/21/08

## Count 2

On or about January 29, 1997, within the Southern District of California, defendant LEONEL DOMINGUEZ-VALENCIA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

## Count 3

On or about December 14, 2007, within the Southern District of California, defendant LEONEL DOMINGUEZ-VALENCIA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: May 27, 2008.

KAREN P. HEWITT
United States Attorney

for Jara Stingley
JEFFREY D. MOORE
Assistant U.S. Attorney